

December 4, 2017

**APPLICATION GRANTED**
**SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.** 12/5/2017

**FILED BY ECF**

Hon. Vernon S. Broderick
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

Re:    Rebecca Castillo v. Eileen Fisher, Inc.
       Civil Action No. 1:17-cv-08542

Dear Judge Broderick:

This office recently was retained to represent the defendant in this action. It is our understanding that a response to the Complaint is due today. We respectfully request an extension of time to respond to the Complaint until January 4, 2018.

Counsel for plaintiff has consented to this request.

Respectfully,

*Steven M Stimell*

Steven M. Stimell

SMS:cfo

cc:    Javier L. Merino, Esq.
       Merrit Jones, Esq.

11025503.1