

BRYAN CAVE LLP  1290 Avenue of the Americas, New York, NY 10104-3300
T: 212 541 2000  F: 212 541 4630  bryancave.com

December 27, 2017

Steven M. Stimell
Direct: 212/541-2042
Fax: 212/541-1442
smstimell@bryancave.com

**FILED BY ECF**

Hon. Vernon S. Broderick
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

Re:     Rebecca Castillo v. Eileen Fisher, Inc.
        Civil Action No. 1:17-cv-08542

Dear Judge Broderick:

This office represents the defendant in this action.  We respectfully request an extension of time to respond to the Complaint until January 18, 2018.  This is the second extension requested.  The first extension was until January 4, 2018, which was granted.  The basis for the request is that the parties are in settlement discussions.

Counsel for plaintiff has consented to this request.

Respectfully,

*Steven M Stimell*

Steven M. Stimell

SMS:cfo

cc:     Javier L. Merino, Esq.
        Merrit Jones, Esq.

11088517.1